AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 21 2025

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sarbelio Garcia-Ramos | ) | Case No. 25MJ2860 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the dates of July 17, 2025, in the county of Dona Ana in the District of New Mexico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1): | Assault, resistance, and opposition of an officer of the United States resulting in physical contact. |

This criminal complaint is based on these facts:
See attached Affidavit in Support of an Application for an Arrest Warrant, attached hereto and incorporated herein.

☒ Continued on the attached sheet.

_____
Complainant's signature

Erin Quintana, Special Agent
Printed name and title

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1
by
submitted electronically and sworn (specify reliable electronic means).

Date: 7/21/2025

_____
Judge's signature

Gregory B. Wormuth, Chief U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE ARREST OF:  Case No. 25MJ2860
Sarbelio Garcia-Ramos

## AFFIDAVIT IN SUPPORT OF

## AN APPLICATION FOR AN ARREST WARRANT

I, Erin Quintana, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for an arrest warrant for Sarbelio Garcia-Ramos for violations of 18 U.S.C. § 111(a)(1) (Assault, resistance, and opposition of an officer of the United States resulting in physical contact).

2. I have been employed with the FBI as a Special Agent since January 2025. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned to the Albuquerque Division, Las Cruces Resident Agency. Prior to my current position as a Special Agent, I worked for the FBI as an Investigative Specialist in the Phoenix Division beginning in January 2022.

3. During my tenure with the FBI, I have received formal and informal training in conducting a variety of criminal investigations. I have executed or participated in the execution of search and arrest warrants. My investigative training and experience include, but is not limited to, conducting surveillance, interviewing subjects, witnesses, and victims, managing cooperating sources, issuing subpoenas, and analyzing records.

4.      As a Special Agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 111(a)(1), and I am authorized by the Attorney General to arrest a person.

5.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The information contained in this affidavit is personally known to me based on my training and experience, was gathered or revealed to me personally during the course of this investigation or was gathered or revealed to other sworn law enforcement officers during the course of this investigation and subsequently communicated to me.

6.      I make this affidavit in support of a criminal complaint that there is probable cause to find that on or about July 17, 2025, Sarbelio Garcia-Ramos, assaulted, resisted, and opposed an officer of the United States (United States Border Patrol Agent), resulting in violation of 18 U.S.C. § 111(a)(1).

7.      Title 18 U.S.C. § I 11(a)(l), makes it a crime for someone to "forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties." A Border Patrol Agent constitutes an officer of the United States pursuant to 18. U. S.C §1114.

## PROBABLE CAUSE

### *Background*

8.      On July 17, 2025, agents of the FBI Las Cruces Resident Agency learned from a United States Border Patrol (USBP) agent (hereinafter "BPA1") who had been assaulted,

resisted, and opposed while engaged in the performance of official duties near Santa Teresa, New Mexico (NM). On July 17, 2025, FBI Special Agent Erin Quintana, SA Rodney Chad Roberts, and SA Evan Collier interviewed BPA1 and a witnessing Border Patrol Agent (hereinafter "BPA2"), who provided the following information:

9. On July 17, 2025, at approximately 10:30 a.m., BPA1 and BPA2, while on duty, were notified of a group of three persons crossing the United States/Mexico border in Santa Teresa, New Mexico. These three persons were later identified as Sarbelio Garcia-Ramos (herein after, GARCIA), Juan Gutierrez-Gutierrez (herein after, GUTIERREZ), and a third juvenile subject (herein after, JUVENILE).

10. A Customs and Border Protection (CBP) Air and Marine Operations (AMO) helicopter had spotted the group of three and were guiding USBP Agents to their location. BPA1 and BPA 2 were roughly 50 feet apart from each other searching, when BPA1 spotted the group hiding in some brush. BPA1 approached the group and attempted to apprehend a subject, later identified as Garcia. Garcia attempted to get away from BPA1 by throwing his elbows and arms into BPA1, until he was free from BPA1. Once Garcia got away from BPA1, BPA1 attempted to apprehend another subject, later identified as Gutierrez. Gutierrez then also started to "wrestle" with BPA1.

11. BPA2 heard BPA1 calling for help during this time and started to head to BPA1's location. BPA2 was roughly 50 feet away and had to traverse down a steep hill.

12. While BPA1 was fighting Gutierrez for control, Garcia and the juvenile subject started to circle them. Garcia then started to grab at BPA1's duty belt and started to pull BPA1 using their duty belt.

13. BPA2 approached the group, which caused Garcia and Juvenile to run away. BPA2 followed Garcia and Juvenile.

14. Gutierrez and BPA1 continued to struggle, until BPA1 was able to put Gutierrez into handcuffs and effectuate the arrest.

15. On July 17, 2025, FBI SA Roberts and SA Quintana interviewed Gutierrez and Garcia separately, utilizing a USBP translator. Neither subject spoke English fluently and preferred to conduct the interview in Spanish. Gutierrez and Garcia provided the following information:

16. Gutierrez, Garcia, and Juvenile crossed the U.S. border using a ladder to cross the fence. After crossing the fence, they spotted an immigration helicopter which caused them to hide in some brush. They claimed they saw three immigration officials approach them and gave them commands to the effect of listen and put your hands behind your back.

17. Gutierrez claimed to comply with these commands while Garcia and Juvenile ran away.

18. Garcia claimed Gutierrez started to "wrestle" with the BPA1. Garcia was attempting to pick up his phone after Gutierrez threw it on the ground. After he could not recover his phone Garcia and Juvenile ran away.

## CONCLUSION

19. Based on the aforementioned information and investigation, I submit that probable cause exists that Sarbelio Garcia-Ramos has committed assault, resistance, and opposition of an officer of the United States resulting in physical contact in violation of 18 U.S.C. § 111(a)(1). AUSA Maria Armijo was apprised of the foregoing facts and accepted this case for federal prosecution.

Respectfully submitted,

*[signature]*

Erin Quintana
Special Agent
Federal Bureau of Investigation

submitted electronically and sworn telephonically to before me on 7/21, 2025.

*[signature]*

Gregory B. Wormuth
Chief U.S. Magistrate Judge