IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| PLAINTIFF, | § | |
| VS. | § | NO. 25-MJ-02860 GBW |
| SARBELIO GARCIA-RAMOS, | § | |
| DEFENDANT. | § | |

## NOTICE OF INTENTION TO ENTER GUILTY PLEA

Sarbelio Garcia-Ramos, through his attorney, Jane Greek, hereby gives notice that he intends to enter a guilty plea to the charge in this matter. He further acknowledges that the time period from October 14, 2025, to the date of the change of plea hearing should be excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,
Jane Greek
Federal Criminal Defense, LLC.
P.O. Box 15191
Las Cruces, NM 88004
Telephone: (575) 636-9667
Email: defenderjane@gmail.com

By: */s/Jane Greek*
Jane Greek

1

## **CERTIFICATE OF SERVICE**

      I, Jane Greek, do certify that on October 14, 2025, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

                                                  /s/*Jane Greek*
                                                  Jane Greek