*Rev. October 28, 2015*

## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
### SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: **24-4399 RB** | | USA vs.: **GARCIA-RAMOS** | |
| Date: **12/17/2025** | | Name of Deft: **SARBELIO GARCIA-RAMOS** | |
| Before the Honorable: | **ROBERT C. BRACK, SENIOR UNITED STATES DISTRICT JUDGE** | | |
| Time In/Out: **9:15 – 9:24 A.M.** | | Total Time in Court (for JS10): **9 MINUTES** | |
| Clerk: **KRISTIN SOLIS** | | Court Reporter: **CHERYL CUMMINGS (ZOOM)** | |
| AUSA: **SILVIA DELGADO** | | Defendant's Counsel: **JANE GREEK** | |
| Sentencing in: **LAS CRUCES** | | Interpreter: **JUAN RAMIREZ** | |
| Probation Officer: **MELERIE TALAMANTES/ KEMAURY MCLAURIN** | | Sworn? **X** Yes / No | |
| Convicted on: **X** Plea / Verdict | | As to: **X** Information / Indictment | |
| If Plea: **X** Accepted / Not Accepted | | Adjudged/Found Guilty on Counts: | |
| If Plea Agreement: Accepted / Not Accepted / **X** No Plea Agreement | | Comments: | |
| Date of Plea/Verdict: **10/21/2025** | | PSR: **X** Not Disputed / Disputed | |
| PSR: **X** Court Adopts PSR Findings | | Evidentiary Hearing: **X** Not Needed / Needed | |
| Exceptions to PSR: | | | |

### SENTENCE IMPOSED
Imprisonment (BOP): **154 DAYS OR TIME SERVED, WHICHEVER IS LESS**

Supervised Release: **N/A**    Probation:

| | 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM | | OTHER: |
|---|---|---|---|---|---|
| **X** | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulations | | Community service for ____ months ____ days |
| | Participate in/successfully complete outpatient subst abuse program/testing (up to 60 tests per year) | | Reside residential reentry center, transitional living program or similar program for a term of |
| | Participate in/successfully complete mental health program / take all medication(s) as prescribed by treating physician(s) | | Register as sex offender |
| | Refrain from use/possession of alcohol / testing (up to 4 tests per day) | | Participate in sex offender treatment program |
| | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) / co-deft(s)/co-conspirator(s) / known gang member(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| **OTHER:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | | | Restitution: $ | | |
| SPA: $ **WAIVED** ($100 as to each Count) | | | Payment Schedule: Due Imm. / **X** Waived | | |
| OTHER: | | | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | | |